UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-295-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CHARLES E. TUCKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    September 8, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

    2.    Defendant has a lengthy criminal history, which includes multiple controlled substance charges, as well as assault charges. The instant charges were filed when he was on Department of Corrections (DOC) supervision. The AUSA proffers that defendant had stopped reporting, which occasioned a home visit from his probation officer. A safe in his residence contained methamphetamine and a firearm, together with indicia of ownership, and other firearms and ammunition were found in the residence. DOC reported to Pretrial Service that defendant absconded from supervision on three occasions and committed new law violations during the approximately two years he was supervised from 2006 to 2008.

    3.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection

01       with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03       for the defendant, to the United States Marshal, and to the United State Pretrial Services

04       Officer.

05       DATED this <u>8th</u> day of September, 2011.

                                                    */s/ Mary Alice Theiler*

                                                    Mary Alice Theiler
                                                   United States Magistrate Judge